# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| Jose Santos Cruz-Lopez, M.D., | § | |
| Plaintiff | § | |
| | § | |
| v. | § | |
| | § | |
| The Prudential Insurance | § | |
| Company of America, | § | Civil Action No. 4:26-cv-1804 |
| | § | |
| Defendant. | § | |
| | § | |

## JOINT NOTICE REGARDING CASE STATUS

Pursuant to this Court's Order on April 16, 2026 (ECF No. 11), Plaintiff JOSE SANTOS CRUZ-LOPEZ ("Plaintiff") and Defendant THE PRUDENTIAL INSURANCE COMPANY OF AMERICA ("Prudential") (collectively, "the parties"), by and through their respective attorneys, provide the Court with the following case update:

1.     On April 10, 2026, the parties jointly moved the Court for an order staying all proceedings in the above-named action for 90 days to allow Plaintiff to provide Prudential the requisite 60-day pre-suit notice required under the Texas Deceptive Trade Practice Act ("DTPA") and the Texas Insurance Code and to allow the parties additional time to discuss possible resolution.  (ECF No. 10.)

**326856203v.1**

- 2 -

2.      The Court granted the parties' motion on April 16, 2026 and stayed the case until July 7, 2026 and ordered the parties to "file a notice updating the Court on the status of this case by July 7, 2026." (ECF No. 11.)

3.      The parties are currently engaged in informal settlement negotiations.

4.      Prudential requests that the Court set a deadline for its response to the Complaint in 45 days (August 21, 2026) so that the parties can focus their resources on exhausting settlement discussions.

5.      This request is not made for purposes of delay and no party will be prejudiced by the extended time to respond.

WHEREFORE, the parties respectfully request that the Court set a deadline of August 21, 2026 for Prudential to respond to Plaintiff's Complaint.

**326856203v.1**

DATED:  July 6, 2026

Respectfully submitted,

MARC WHITEHEAD & ASSOCIATES,
ATTORNEYS AT LAW LLP


By:  */s/ Britney Anne Heath McDonald*

Britney Anne Heath McDonald
Tex. Bar. No. 24083158
Fed. I.D. No. 2621983
britney@marcwhitehead.com
403 Heights Boulevard
Houston, Texas 77007
Telephone: 713-228-8888
Facsimile: 713-225-0940

*Attorneys for Plaintiff*
*Jose Santos Cruz-Lopez*


DATED:  July 6, 2026

Respectfully submitted,

SEYFARTH SHAW LLP


By:  */s/ Ian H. Morrison*

Ian H. Morrison, Bar No. 1619213
SEYFARTH SHAW LLP
233 South Wacker Drive
Suite 8000
Chicago, Illinois  60606-6448
Telephone:  (312) 460-5000
Facsimile:  (312) 460-7000
imorrison@seyfarth.com

*Attorneys for Defendant*
*The Prudential Insurance Company of America*

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on July 6, 2026, a true and correct copy of the foregoing

JOINT NOTICE REGARDING CASE STATUS to be electronically filed with the

Clerk of the Court using the CM/ECF system, which will send notification of such

filing to all counsel of record:

> Britney Anne Heath McDonald, Esq.
> MARC WHITEHEAD & ASSOCIATES,
> ATTORNEYS AT LAW, L.L.P.
> 403 Heights Boulevard
> Houston, Texas 77007
> Telephone: 713-228-8888
>
> *Attorney-in-Charge for Plaintiff,*
> *Jose Santos Cruz-Lopez, M.D.*

> */s/ Ian H. Morrison___*
> Ian H. Morrison