United States District Court
Southern District of Texas
**ENTERED**
July 07, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOSE SANTOS CRUZ-LOPEZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. H-26-1804 |
| | § | |
| THE PRUDENTIAL INSURANCE | § | |
| COMPANY OF AMERICA, | § | |
| | § | |
| Defendant. | § | |
| | § | |

## ORDER

The Court is in receipt of the parties Joint Notice regarding Case Status (Document No. 11) in which the parties request, in relevant part, "that the Court set a deadline for [Defendant's] response to the Complaint in 45 days[.]" Based on the foregoing, the Court finds that Defendant's deadline to respond to Plaintiff's Complaint should be set for August 21, 2026. Accordingly, the Court hereby

**ORDERS** that Defendant The Prudential Insurance Company of America's response to Plaintiff Jose Santos Cruz-Lopez's Complaint be filed **NO LATER THAN** August 21, 2026.

SIGNED at Houston, Texas, on this 7 day of July, 2026.

DAVID HITTNER
United States District Judge